IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOE HAND PROMOTIONS, INC.         *

       Plaintiff                 *

   vs.                              *   CIVIL ACTION NO. MJG-12-566

HOLD'EM, INC., et al.,            *

       Defendants                *

\*       \*       \*       \*       \*       \*       \*       \*       \*

SCHEDULING ORDER

In accordance with the proceedings held in this matter on this date:

1. Discovery may commence immediately and shall be completed by December 18, 2012.

2. Any summary judgment motion shall be filed by January 14, 2013.

3. Defendants may seek leave to file a Third-Party Complaint no later than thirty days after resolution of any Motion for Summary Judgment.

4. If the parties jointly request, the case shall be referred to a Magistrate Judge to conduct confidential settlement negotiations.

SO ORDERED, on Tuesday, September 18, 2012.

/s/
Marvin J. Garbis
United States District Judge